UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | Chapter 7 |
| Susan M. Neiger, Debtor. | Case No. 13–33813–pp |
| Michael F. Dubis, Trustee | All documents regarding this matter must be identified by both adversary and bankruptcy case numbers. |
| Plaintiff, | |
| v. | Adversary No. 13–02937–pp |
| Blackhawk Community Credit Union Defendant. | |

**SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of the issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. At the same time, you must also serve a copy of the motion or answer upon the attorney for the Plaintiff. If you make a motion, your time to answer is governed by Bankruptcy Rule 7012.

| *Clerk, United States Bankruptcy Court* | *Name and Address of Attorney for the Plaintiff* |
|---|---|
| United States Courthouse, Room 126 | Michael F. Dubis, Trustee |
| 517 East Wisconsin Avenue | 208 E. Main Street |
| Milwaukee, WI 53202 | Waterford, WI 53185–0000 |

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the complaint will be held at the following time and place.

Date: January 27, 2014
Time: 10:45 AM(CST)
Place: Telephone conference to be initiated by the Court.

**IF YOU FAIL TO RESPOND TO THE SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dated: December 20, 2013

**JANET L. MEDLOCK**
Clerk of Court



UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re:  Chapter 7

Susan M. Neiger,
                Debtor.  Case No. 13–33813–pp

Michael F. Dubis, Trustee

All documents regarding this matter must be identified by both adversary and bankruptcy case numbers.

                Plaintiff,
v.  Adversary No. 13–02937–pp

Blackhawk Community Credit Union
                Defendant.

**CERTIFICATE OF SERVICE REGARDING SUMMONS IN AN ADVERSARY PROCEEDING**

I, _____ (name), certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made on _____ (date) by one of the following methods:

☐ *Mail Service:* Regular, first class United States mail, and postage fully prepaid. *(List names/addresses below.)*

☐ *Personal Service*: By leaving the process with defendant or with an officer or agent of defendant. *(List names/addresses below.)*

☐ *Residence Service:* By leaving the process with an adult. *(List names/addresses below.)*

☐ *Certified Mail Service on an Insured Depository Institution:* By sending the process by certified mail addressed to the following officer of the defendant. *(List names/addresses below.)*

☐ *Publication*: The defendant was served as described in the space below.

☐ *State Law:* The defendant was served pursuant to the laws of the State of _____ (U. S. state), as described in the space below.

*LIST NAMES AND ADDRESSES OR BRIEF DESCRIPTION OF HOW DEFENDANT WAS SERVED:*

*Under penalty of perjury, I declare that the foregoing is true and correct.*

_____  _____  _____
Signature  Date  Business Address

_____  _____
Printed Name  Business City, State, and Zip